**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALVAREZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECOLOGY LOS ANGELES; CROWN TEAR OFF & DISPOSAL, INC.; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: CV 16-5816-DMG (SKx)<br><br>**ORDER REMANDING ACTION [12]** |

Pursuant to the parties' stipulation, and good cause appearing, this case is hereby remanded to the Superior Court of the State of California, County of Los Angeles, for the convenience of the parties and witnesses and in the interests of justice. Each party shall bear its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: September 6, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE